**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-02349-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** September 25, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| CHIMNEY ROCK PUBLIC POWER DISTRICT, MIDWEST ELECTRIC COOPERATIVE CORPORATION, NORTHWEST RURAL PUBLIC POWER DISTRICT, PANHANDLE RURAL ELECTRIC MEMBERSHIP ASSOCIATION, and ROOSEVELT PUBLIC POWER DISTRICT, | Philip Joseph Roselli |
| Plaintiffs, | |
| v. | |
| TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC., and HAROLD "HUB" THOMPSON, | Robert Evan Youle Michael Brian Carroll John Michael McHugh |
| Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**
**Court in session: 1:31 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing called regarding Plaintiff's Motion to Quash Subpoenas and for Protective Order [Doc. No. 49, filed July 27, 2012].

Oral argument from plaintiff.
Oral argument from defendants.

It is **ORDERED**:   Plaintiff's Motion to Quash [49] is **GRANTED** as stated on the record. The respondents in question are consulting experts engaged by Plaintiff's in anticipation of litigation, and the discovery at issue is not discoverable to defendants.

**Court in Recess: 2:36 p.m.**
Hearing concluded.
Total In-Court Time    01:05

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.