IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Civil Action No. 10–cv–02349–WJM–KMT

CHIMNEY ROCK PUBLIC POWER DISTRICT,
MIDWEST ELECTRIC COOPERATIVE CORPORATION,
NORTHWEST RURAL PUBLIC POWER DISTRICT,
PANHANDLE RURAL ELECTRIC MEMBERSHIP ASSOCIATION, and
ROOSEVELT PUBLIC POWER DISTRICT,

    Plaintiffs,

v.

TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC., and
HAROLD "HUB" THOMPSON,

    Defendants,

TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.,

    Counterclaim Plaintiff,

v.

CHIMNEY ROCK PUBLIC POWER DISTRICT,
MIDWEST ELECTRIC COOPERATIVE CORPORATION,
NORTHWEST RURAL PUBLIC POWER DISTRICT,
PANHANDLE RURAL ELECTRIC MEMBERSHIP ASSOCIATION,
WAYNE COBB,
RYAN REIBER,
ROLLAND SKINNER, and
JERRY UNDERWOOD

    Counterclaim Defendants.

---

**ORDER GRANTING JOINT UNOPPOSED
MOTION TO DISMISS HAROLD THOMPSON**

This matter is before the Court on the parties' Joint and Unopposed Motion to Dismiss Defendant Harold Thompson filed March 18, 2013 (ECF No. 142). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

1. The Joint Unopposed Motion is GRANTED.

2. Pursuant to Rule 41(a)(2), Fed.R.Civ.P., Defendant Harold "Hub" Thompson is DISMISSED WITH PREJUDICE.

3. Plaintiffs' Fifth and Sixth Claims for Relief against Mr. Thompson are DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

4. The Clerk and the parties shall delete any further reference to Mr. Thompson in the caption of this case.

Dated this 19th day of March, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge