# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 10-cv-02349-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** April 10, 2013 | Deputy Clerk, Nick Richards |
| CHIMNEY ROCK PUBLIC POWER DISTRICT, MIDWEST ELECTRIC COOPERATIVE CORPORATION, NORTHWEST RURAL PUBLIC POWER DISTRICT, PANHANDLE RURAL ELECTRIC MEMBERSHIP ASSOCIATION, and ROOSEVELT PUBLIC POWER DISTRICT, | Philip Joseph Roselli |
| Plaintiffs, | |
| v. | |
| TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC., | Brian G. Eberle  Michael Brian Carroll  Robert Evan Youle |
| Defendants, | |
| v. | |
| TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC., | |
| Counterclaim Plaintiff, | |
| v. | |
| CHIMNEY ROCK PUBLIC POWER DISTRICT, MIDWEST ELECTRIC COOPERATIVE CORPORATION, NORTHWEST RURAL PUBLIC POWER DISTRICT, PANHANDLE RURAL ELECTRIC MEMBERSHIP ASSOCIATION, WAYNE COBB, RYAN REIBER, ROLLAND SKINNER, and JERRY UNDERWOOD | Andrew John Petrie  Sarah Block Wallace  James D. Kilroy |
| Counterclaim Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:31 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing called regarding Defendant Tri-State's Motion to Compel and Request for Hearing [Doc. No. 139, filed March 15, 2013], Cobb and Underwood's Motion to Compel and Request for Hearing [Doc. No. 143, filed March 18, 2013], and Unopposed Motion for Leave to File Restricted (Level 1) Document [Doc. No. 153, filed April 2, 2013].

It is **ORDERED**:   Unopposed Motion for Leave to File Restricted (Level 1) Document [153] is **GRANTED** as stated on the record.

Oral argument regarding Defendant Tri-State's Motion to Compel [139].

It is **ORDERED**:   Defendant Tri-State's Motion to Compel [139] is **DENIED** as stated on the record. The answers provided by Plaintiff were sufficient and require no further supplementation.

**Court in Recess: 3:05 p.m.**
**Court is Session: 3:15 p.m.**

Oral argument regarding Cobb and Underwood's Motion to Compel [143].

It is **ORDERED**:   Objections to Request for Production of Documents Nos. 20 and 22 are sustained.

It is **ORDERED**:   The remainder of Cobb and Underwood's Motion to Compel [143] is **TAKEN UNDER ADVISEMENT**. Defense counsel will provide documents to the Court for an in-camera review on or before April 22, 2013.

**Court in Recess: 4:38 p.m.**
Hearing concluded.
Total In-Court Time    02:57

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.