**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 10-cv-02349-WJM-KMT | Date: | August 13, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

CHIMNEY ROCK PUBLIC POWER DISTRICT,    Philip Roselli
MIDWEST ELECTRIC COOPERATIVE
CORPORATION,
NORTHWEST RURAL PUBLIC POWER
DISTRICT,
PANHANDLE RURAL ELECTRIC
MEMBERSHIP ASSOCIATION, and
ROOSEVELT PUBLIC POWER DISTRICT,

    Plaintiffs,

v.

TRI-STATE GENERATION AND    Brian Eberle
TRANSMISSION ASSOCIATION, INC.,    Michael Carroll

    Defendant.

## COURTROOM MINUTES

**FINAL PRETRIAL CONFERENCE**

**9:31 a.m.**      **Court in session.**

Court calls case. Appearances of counsel.

Also present and seated at plaintiffs' table, Jim Kilroy and Casey McDaniel on behalf of Counter Defendants Rolland Skinner and Ryan Reiber. Andrew Petrie and Sarah Wallace on behalf of Counter Defendants Wayne Cobb and Jerry Underwood.

Court's comments and ruling regarding Defendant Tri-State's Motion to Compel [185].

**ORDERED:**    **Defendant Tri-State's Motion to Compel [185] is GRANTED IN PART AND DENIED IN PART, as stated on record.**

Discussion and review regarding proposed Final Pretrial Order with respect to joint, separate, and stipulated exhibits.

Court states its practice regarding a settlement conference (by motion).

Trial Preparation Conference and trial dates will be set by District Judge William J. Martinez.

Court advises Mr. Eberle to file an unopposed amended exhibit list.

Parties reserve the right for Rule 1006 objections for trial.

Discussion regarding pending motions to dismiss.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Final Pretrial Order is signed**.

**10:13 a.m.     Court in recess.**

Hearing concluded.
Total in-court time    00:42

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.