# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 10-cv-02349-WJM-KMT

CHIMNEY ROCK PUBLIC POWER DISTRICT,
MIDWEST ELECTRIC COOPERATIVE CORPORATION,
NORTHWEST RURAL PUBLIC POWER DISTRICT,
PANHANDLE RURAL ELECTRIC MEMBERSHIP ASSOCIATION, and
ROOSEVELT PUBLIC POWER DISTRICT,

    Plaintiffs,

v.

TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.,

    Defendant.

___

TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.,

    Counterclaim Plaintiff,

v.

CHIMNEY ROCK PUBLIC POWER DISTRICT,
MIDWEST ELECTRIC COOPERATIVE CORPORATION,
NORTHWEST RURAL PUBLIC POWER DISTRICT, and
PANHANDLE RURAL ELECTRIC MEMBERSHIP ASSOCIATION,

    Counterclaim Defendants.

___

TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.,

    Third-Party Plaintiff,

v.

RYAN REIBER, and
JERRY UNDERWOOD,

    Third-Party Defendants.

Case 1:10-cv-02349-WJM-KMT   Document 313   Filed 03/28/14   USDC Colorado   Page 2 of 2

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF TRI-STATE'S FOUR REMAINING COUNTERCLAIMS

This matter comes before the Court on the Joint Motion for Dismissal of Defendant Tri-State's Four Remaining Counterclaims as Moot, filed March 27, 2014 (ECF No. 312). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Joint Motion is GRANTED. Tri-State's First through Fourth Counterlcaims against Plaintiffs are hereby DISMISSED WITHOUT PREJUDICE. The Court defers ruling on whether to award costs to Plaintiffs or Defendant Tri-State until all of the claims between them have been resolved.

Dated this 28th day of March, 2014.

BY THE COURT:

_____
William J. Martinez
United States District Judge