**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02349-WJM-KMT

CHIMNEY ROCK PUBLIC POWER DISTRICT,
MIDWEST ELECTRIC COOPERATIVE CORPORATION,
NORTHWEST RURAL PUBLIC POWER DISTRICT, and
PANHANDLE RURAL ELECTRIC MEMBERSHIP ASSOCIATION,

    Plaintiffs,

v.

TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.,

    Defendant.

## RULINGS ON OBJECTIONS TO DEPOSITION DESIGNATIONS

This matter is before the Court on the parties' deposition designations and objections thereto. The objections to the following portions of the deposition designations are SUSTAINED:

| Page Number | Lines |
|---|---|
| Wayne Cobb | |
| 62 | 21-25 |
| 63 | 1-8 |
| Doug Kizzire | |
| 37 | 6-15 |
| 118 | 4-9 |
| Harry Merrihew | |
| 26 | 23-25 |
| 27 | 1-12 |
| Tom Sellman | |
| 19 | 3-25 |
| 20 | 1-25 |

| Page Number | Lines |
|---|---|
| Tom Sellman (cont'd) | |
| 21 | 1-13 |
| 35 | 2-12 |
| 63 | 9-25 |
| 64 | 1-16 |
| Kevin Stuart | |
| 134 | 8-12 |
| 136 | 10-21 |
| 154 | 2-22 |
| 192 | 1-9 |

The portions of the above-designated deposition testimony to which the Court has sustained the objection should be redacted from the parties' presentations. Additionally, the parties are free to eliminate any other designations, or portions of designations, that are no longer relevant and material to the issues to be tried, given the Court's rulings on the objections herein, or any other ruling or order entered by the Court in this case.

All other objections to the testimony of the above-referenced deponents are OVERRULED. Additionally, all objections to the deposition designations for Jim Anest, Larry Fiscus, and Gary Fuchser are OVERRULED.

Dated this 13th day of May, 2014.

BY THE COURT:

William J. Martinez
United States District Judge